```
Court Name: USDC, District of New Jersey

Division: 1
Receipt Number: CAM007879
Cashier ID: cwright
Transaction Date: 06/14/2016
Payer Name: ROBERT E RUE
----------------------------------------
CIVIL FILING FEE
 For: ROBERT E RUE
 Amount:        $400.00
----------------------------------------
Paper Check Conversion
 Check/Money Order Num: 2384
 Amt Tendered: $400.00
----------------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00

HICKS V CAMDEN COUNTY POLICE


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for any payment which is
returned or denied for insufficient
funds."
```