File No. 15795-0003 (EMG)

**Law Offices**
**PARKER McCAY P.A.**
Elizabeth M. Garcia, Esquire
ID No. 015562000
**9000 Midlantic Drive, Suite 300**
**P.O. Box 5054**
**Mount Laurel, New Jersey 08054**
**(856) 596-8900**
Attorneys for Defendant, Officer Carl Tucker (Defendants, Camden County and Camden County Metro Police Department were dismissed by Order dated January 6, 2017)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD A. HICKS, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | CIVIL ACTION NO. |
| v. | |
| OFFICER CARL TUCKER, | **CONSENT ORDER** |
| Defendants. | |

Application being made to the Court by Parker McCay, P.A., Elizabeth M. Garcia, Esquire, attorneys for Defendant, Officer Carl Tucker, for an Order Amending the Answer to add Affirmative Defenses, and Robert E. Rue, Esquire, attorney for Plaintiff, Richard A. Hicks, consenting to the form and entry of this order pursuant to Federal Rule of Civil Procedure 15(a)(2), and for good cause shown:

1:16-cv-03436-JBS-JS
Page 2

**IT IS** on this _____ day of March, 2017, **ORDERED** that Defendant file an Amended Answer to include additional Affirmative Defenses by March \_\_\_\_\_, 2017.

_____
HONORABLE JEROME B. SIMANDLE, U.S.D.C.J.

I hereby Consent to the Form
and Entry of the within Order

*/s/ Robert Rue, Esquire*
Robert Rue, Esquire
Attorney for Plaintiff

*/s/ Elizabeth M. Garcia, Esquire*
Elizabeth M. Garcia, Esquire
Attorney for Defendant

LAW OFFICE
**PARKER McCAY P.A.**